FILE COPY



### Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 7, 2015

Brooks Barfield, Jr.
BARFIELD LAW FIRM
P. O. Box 308
Amarillo, TX 79105-0308
* DELIVERED VIA E-MAIL *

Jennifer Jo Bassett
District Attorney Office
501 S. Fillmore, Suite 5-A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Stacie Ann Kenemore
TDCJ-ID #1934102
Plane Unit
904 FM 686
Dayton, TX 77535

**RE:** Case Numbers:  07-15-00052-CR, 07-15-00053-CR
Trial Court Case Numbers: 66,764-E, 66,765-E
**Style:** Stacie Ann Kenemore v. The State of Texas

Dear Counsel and Ms. Kenemore:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Douglas Woodburn (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)